■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [44 NYS3d 762]—Judgment, Supreme Court, New York County (Robert M. Stolz, J., at plea; James M. Burke, J., at sentencing), rendered October 8, 2014, convicting defendant of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of five years, with three years' postrelease supervision, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison terms to concurrent terms of three years, and otherwise affirmed.

We do not find that defendant made a valid waiver of his right to appeal, and we find the sentence excessive to the extent indicated. Concur—Friedman, J.P., Renwick, Richter, Moskowitz and Kapnick, JJ.